The People of the State of New York ex rel. New York Central Railroad Company, Respondent, *v.* State Tax Commission, Appellant. (Special Franchise Assessments, Town of Stockport, 1919–1921.)

*Tax — franchise tax assessment — railroad structure erected over lands under water granted to railroad by State does not constitute exercise of special franchise.*

*People ex rel. N. Y. C. R. R. Co.* v. *State Tax Commission,* 206 App. Div. 561, affirmed.

(Argued September 29, 1924; decided October 14, 1924.)

Appeal, by permission, from three orders of the Appellate Division of the Supreme Court in the third judicial department, entered December 6, 1923, each of which affirmed a final order entered upon the report of a referee in a proceeding to review a special franchise tax assessment upon plaintiff's railroad structure where it crosses a bay of the Hudson river at the mouth of Stockport creek. The assessments in question were canceled on the ground that the maintenance of the railroad in the bed of the river on land held by grant from the State did not constitute an exercise of a special franchise.

*Carl Sherman,* Attorney-General (*John M. Farrell* of counsel), for appellant.

*George H. Walker* and *Alexander S. Lyman* for respondent.

Order in each case affirmed, with one bill of costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane and Andrews, JJ. Absent: Lehman, J.